# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JACOB C. WALKER,

    Plaintiff,

v.                                CASE NO.  5:04cv394-RH/WCS

GRANITE CONSTRUCTION
COMPANY (OF CALIFORNIA),

    Defendant.

_____/

## ORDER CONTINUING TRIAL AND SETTING REVISED SCHEDULE

Because of the disruption caused by Hurricane Katrina,

IT IS ORDERED:

1.  Plaintiff's consented motion for continuance (document 44) is GRANTED.  Plaintiff's motion for an expedited hearing (document 43) is DENIED AS MOOT.

2.  The clerk shall set a scheduling conference by telephone for the first available date on or after November 7, 2005.

3.  Unless amended at the scheduling conference for good cause, the case will go forward on the revised schedule established by this order.

4. The deadline for plaintiff's response to defendant's pending motion to exclude testimony of experts D. J. Green and Gary S. Nelson is extended to November 21, 2005.

5. The deadline for the attorney conference required by the Order for Pretrial Conference docketed July 6, 2005 (document 38) is extended to November 21, 2005.

6. The deadline for *filing* the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference docketed July 6, 2005 (document 38) is extended to December 2, 2005.

7. By separate notice, the clerk shall reschedule the pretrial conference for the first available date on or after December 6, 2005.

8. Trial is rescheduled for the two-week trial period commencing February 6, 2006. Any conflict with that trial period will be addressed at the pretrial conference.

SO ORDERED this 21st day of September, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge