# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JACOB C. WALKER,

       Plaintiff,

v.                        CASE NO.  5:04cv394-RH/WCS

GRANITE CONSTRUCTION
COMPANY (OF CALIFORNIA),

       Defendant.

_____/

## ORDER ON NOTICE OF CONFLICT

Defendant's notice of conflict (document 56) is noted and will be addressed at the scheduling conference that has been set for November 16, 2005.

SO ORDERED this 29th day of September, 2005.

s/Robert L. Hinkle_____
Chief United States District Judge